Tatiana Allen
Complete Labor and Staffing
46 N Montello Street
Brockton MA
02301

To Whom This May Concern,

My name is Tatiana Allen and proud to offer my recommendation of Chinedu Ihejiere who has been an employee of Complete Labor and Staffing since the first of August.

During my relationship with Chinedu, I have experienced an individual who shows up earlier than asked, works hard, and carries themselves in a polite, respectable manner. In addition, Chinedu is a family-person who has always presented himself with levelheadedness and grace. He has three children, two boys and one girl.          ,          and          as well as his fiancé Monah all live together and thrive strong as a family.

Chinedu started work with me August 1st as our van driver. He is currently on disability due to kidney failure since 2010; he was finally given the blessing of having a transplant mid-march of 2018. He works about 20-24 hours a week driving employees to and from jobsites. He is a pleasure to work with and know!

Please do not hesitate to contact me if you should require any further information.

Best,

**Signature** _____ Date: 9-16-19

Telephone: 508-857-4303

E-Mail: tallen@completelaborandstaffing.com

Complete Labor and Staffing
46 N. Montello St
Brockton, MA 02301