# The American Society of Phlebotomy Technicians

Presents This Certificate

To

**Chinedu O Ihejiere**

for satisfactorily meeting the A.S.P.T. Board of Registry requirements and is hereby bestowed the title

## Certified EKG Technician (C.E.K.G.T.)



*Helen Myers*
Executive Director

**240718190019**
Certification Number